IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANGELIQUE C. RYBAR

VS.                                                                   CIVIL ACTION NO. 1:14cv242-KS-MTP

CORPORATE MANAGEMENT, INC.

FINAL JUDGMENT ON JURY VERDICT

This cause having come on to be heard in open Court on August 3, 2015 through August 5, 2015, and the Court having jurisdiction of the parties and the subject matter, and all parties having personally appeared and by their counsel announced ready for trial, there came a jury of eight (8) good and lawful men and women, who, being duly qualified, sworn and empaneled, did hear the evidence and arguments of counsel and received instructions of the Court and who then retired to consider their verdict, and who thereupon returned into open Court with the following unanimous verdict, to-wit:

"Has Plaintiff, Angelique Rybar, proven by a preponderance of the evidence that she would not have been terminated but for her rejection of her supervisor, Ted Cain's, sexual advances, requests, or demands, if any?

Answer "YES" or "NO"

  NO  

If you answered "YES," proceed to Question #2. If you answered "NO," then you are finished."

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint of Plaintiff, Angelique C. Rybar, be and the same is hereby, dismissed with prejudice, and the Plaintiff is hereby taxed with costs, for all of which let execution issue.

SO ORDERED AND ADJUDGED on this, the 10th day of August, 2015.

                *s/Keith Starrett*
                UNITED STATES DISTRICT JUDGE